Friday, November 7, 2014 at 11:20:14 AM Eastern Standard Time

**Subject:** Hajn, LLC v. A&E Television Networks, LLC - Nonparty Subpoena upon Duck Commander, Inc. - Request for Production of Documents
**Date:** Wednesday, October 22, 2014 at 2:24:41 PM Eastern Daylight Time
**From:** David Bolls
**To:** Robert Thornburg
**CC:** David Bolls

Mr. Thornburg,

Thank you for speaking with me briefly yesterday afternoon by telephone. This email confirms and memorializes the pertinent part of our conversation regarding your granting Duck Commander, Inc. a fourteen (14) day extension to respond to the matter described above. We are in the process of securing legal counsel to represent us in this matter. Since the original due date for a response to the above was October 15, 2014. The new date for Duck Commander, Inc. to respond is on or before Friday, November 14, 2014.

Please let me know if you have any questions or concerns. Thank you.

Take care.

Best regards,

David Bolls
COO
Duck Commander
Buck Commander
117 Kings Lane
West Monroe, LA 71292
318- 387-0588 (office)
318-651-1887 (facsimile)
951-204-6164 (mobile)
david@duckcommander.com



**EXHIBIT B**

Page 1 of 1