UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14291-CIV-ROSENBERG

HAJN, LLC,

    Plaintiff

vs.

A&E TELEVISION NETWORKS, LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs.

/s/ _____
Gregory S. Weiss, Florida Bar No. 163430
gweiss@mrachek-law.com
Scott W. Konopka, Florida Bar No. 80489
skonopka@mrachek-law.com
MRACHEK, FITZGERALD, ROSE,
KONOPKA, THOMAS & WEISS, P.A.
505 South Flagler Drive, Suite 600
West Palm Beach, FL 33401
Telephone: 561-355-6993
Facsimile: 561-655-5537

Robert H. Thornburg, Florida Bar No. 630829
rthornburg@addmg.com
ALLEN, DYER, DOPPELT, MILBRATH
& GILCHRIST, P.A.
1221 Brickell Ave., Suite 2400
Miami, FL 33131
Telephone: 305-374-8303

*Attorneys for HAJN, LLC*

/s/ _____
Sanford L. Bohrer
Sanford L. Bohrer, Florida Bar No. 160643
sbohrer@hklaw.com
Scott D. Ponce, Florida Bar No. 169528
sponce@hklaw.com
Brian W. Toth, Florida Bar No. 57708
brian.toth@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: 305-374-8500
Facsimile: 305-789-7799

*Attorneys for A&E Television Networks, LLC*

#34887759_v1